# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

EDWIN DILL,                     : No. 571 EAL 2018
                               :
                Petitioner      :
                               :
                               : Petition for Allowance of Appeal from
                               : the Order of the Commonwealth Court
        v.                     :
                               :
                               :
                               :
PENNSYLVANIA BOARD OF          :
PROBATION & PAROLE,            :
                               :
                Respondent      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.